**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x

CHELSEA FUDOSAN, LTD.,

Plaintiff,

-against-

H&R BLOCK EASTERN ENTERPRISES, INC.,

Defendant.

----------------------------------------------------------x

26-CV-4489 (DEH) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

Plaintiff has not responded to the August 14, 2026, order to show cause. (ECF 14). Because it is unclear whether the notice of removal and/or the order to show cause were served on Plaintiff, Defendant is directed to serve the order to show cause (ECF 14) on Plaintiff by close of business on **August 24, 2026.**

Plaintiff's deadline to show cause is extended to the close of business on **August 25, 2026.**

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: August 24, 2026
New York, New York