**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHELSEA FUDOSAN, LTD.,<br><br>Plaintiff,<br><br>-against-<br><br>H&R BLOCK EASTERN ENTERPRISES, INC.,<br><br>Defendant. | 26-CV-4489 (DEH) (OTW)<br><br>**ORDER** |

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed Plaintiff's response to the August 14, 2026, order to show cause. (ECF 14). Plaintiff's counsel credits his absence to his belief that his appearance at the August 12, 2026, Initial Case Management Conference was not required after preparing the Rule 26(f) Report. However, counsel's explanation does not account for defense counsel calling his office at the direction of the Court before the Initial Case Management Conference was set to begin and being met with no response. Moreover, while "[defense] counsel's preparation for and attendance at the regularly scheduled Initial Conference - including any travel necessary to attend - would have been required irrespective of [Plaintiff's counsel's] nonappearance" (ECF 22 at 2), had Plaintiff's counsel attended as well, the Court would have been able to hold the conference as it intended. Or, had the conference been adjourned, the Court would have attended to one of the other cases on its very heavy docket.

Plaintiff is directed to meet and confer with Defendant and file a letter proposing three mutually agreeable dates for an in-person status conference in September. Plaintiff is directed to file a notice of appearance and the letter by **September 4, 2026**.

**SO ORDERED.**

*s/ Ona T. Wang*

Dated: August 25, 2026
New York, New York

**Ona T. Wang**
United States Magistrate Judge