**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHELSEA FUDOSAN, LTD.,<br><br>Plaintiff,<br><br>-against-<br><br>H&R BLOCK EASTERN ENTERPRISES, INC.,<br><br>Defendant. | 26-CV-4489 (DEH) (OTW)<br><br>**ORDER TO SHOW CAUSE** |

**ONA T. WANG**, **United States Magistrate Judge**:

**WHEREAS** on August 12, 2026, I entered an order for Plaintiff to show cause by August 21, 2026, as to why counsel was absent from the Initial Case Management Conference scheduled for August 12, 2026, and why I should not recommend that the case be dismissed for failure to prosecute (ECF 14);

**WHEREAS** upon no response from Plaintiff, on August 24, 2026, I directed Defendant to serve the order to show cause on Plaintiff (ECF 20);

**WHEREAS** on August 25, 2026, Plaintiff responded to the order to show cause and unsatisfactorily explained his absence (ECF 22);

**WHEREAS** on August 25, 2026, I directed Plaintiff to meet and confer with Defendant and file a letter proposing three mutually agreed upon dates for an in-person status conference in September and to enter his appearance by September 4, 2026, (ECF 23); and

**WHEREAS** Plaintiff did not file a letter or enter his appearance by September 4, 2026. (See docket).

**NOW THEREFORE,** Plaintiff is **ORDERED TO SHOW CAUSE**, again, why I should not recommend to Judge Ho that this case be dismissed for failure to prosecute. Plaintiff is directed to show cause by **September 16, 2026**, by making a filing on the docket explaining his lack of compliance with my order and filing the letter and notice of appearance. No in-person appearance is required. Failure to timely respond to this order to show cause shall result in a recommendation to Judge Ho that this action be dismissed for failure to prosecute. Defendant is directed to serve this order on Plaintiff by close of business on **September 10, 2026.**

**SO ORDERED.**

*s/ Ona T. Wang*

Dated: September 9, 2026
New York, New York

**Ona T. Wang**
United States Magistrate Judge